JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR WHITE,<br><br>          Petitioner,<br><br>    v.<br><br>STATE OF CALIFORNIA,<br><br>          Respondent. | Case No. 2:21-cv-00139-JFW-AFM<br><br>**JUDGMENT** |

     This matter came before the Court on the Petition of LAMAR WHITE, for a writ of habeas corpus.  Having reviewed the Petition and supporting papers, IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed for lack of jurisdiction.

DATED:  January 12, 2021

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE